UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand twenty-three,

Before:     Debra Ann Livingston,
                *Chief Judge*,
            Gerard E. Lynch,
            Raymond J. Lohier, Jr.,
                *Circuit Judges*.

_____

| | |
|---|---|
| Relevent Sports, LLC, | **ORDER** |
|      Plaintiff - Appellant, | Docket No. 21-2088 |
| v. | |
| United States Soccer Federation, Inc., Federation Internationale de Football Association, | |
|      Defendants - Appellees. | |

_____

Appellee Federation Internationale de Football Association, having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court