# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8ᵗʰ day of May, two thousand twenty-three.

_____

Relevent Sports, LLC,

       Plaintiff - Appellant,

v.

United States Soccer Federation, Inc., Federation Internationale de Football Association,

       Defendants - Appellees.

_____

**ORDER**

Docket No:  21-2088

Appellees, United States Soccer Federation Inc., and Federation Internationale de Football Association, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*.  The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk