# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty-three.

Before:      Debra Ann Livingston,
                *Chief Judge,*
            Gerard E. Lynch,
            Raymond J. Lohier, Jr.,
                *Circuit Judges,*

_____

Relevent Sports, LLC,

        Plaintiff - Appellant,

v.

United States Soccer Federation, Inc., Federation Internationale de Football Association,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 21-2088

      Appellee United States Soccer Federation, Inc. seeks an order staying this Court's mandate pending the filing and disposition of a petition for writ of *certiorari*.

      IT IS HEREBY ORDERED that the motion is DENIED.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court